# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 26, 2019

## NO. 03-19-00055-CV

**Students for Fair Admissions, Inc., Appellant**

**v.**

**University of Texas at Austin; William McRaven, in his Official Capacity as Chancellor of the University of Texas System; Gregory L. Fenves, in his Capacity as the President of the University of Texas at Austin; and Ernest Aliseda, David J. Beck, Kevin P. Eltife, Paul L. Foster, R. Steven Hicks, Jeffrey D. Hildebrand, Janiece Longoria, Sara Martinez Tucker, and James Conrad Weaver, in their Official Capacities as Members of the Board of Regents of the University of Texas System, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on December 28, 2018. Students for Fair Admissions, Inc. has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.